UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL OROZCO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL TERRY, et al.,<br><br>　　　　Defendants. | 1:18-cv-01680-LJO-GSA- (PC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Document# 15) |

On June 26, 2019, plaintiff filed a motion seeking the appointment of counsel. Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S. Ct. 1814, 1816 (1989). However, in certain exceptional circumstances the court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). Rand, 113 F.3d at 1525.

Without a reasonable method of securing and compensating counsel, the court will seek volunteer counsel only in the most serious and exceptional cases. In determining whether "exceptional circumstances exist, the district court must evaluate both the likelihood of success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved." Id. (internal quotation marks and citations omitted).

| | |
|---|---|
| 1 | In the present case, the court does not find the required exceptional circumstances. |
| 2 | Plaintiff argues that he is a layman who cannot properly respond to the court. This does not make |
| 3 | plaintiff's case exceptional under the law. The court finds that this case is unlikely to succeed on |
| 4 | the merits and in fact, findings and recommendations to dismiss this case for failure to state a |
| 5 | claim are pending. Moreover, the court finds that plaintiff is able to adequately articulate his |
| 6 | claims for an improper transfer and violation of his religious rights, which are not complex. Id. |
| 7 | For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY |
| 8 | DENIED, without prejudice. |

IT IS SO ORDERED.

Dated: **July 2, 2019**            /s/ Gary S. Austin
                                                                      UNITED STATES MAGISTRATE JUDGE